

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2014

No. 04-14-00415-CV

Milton B. **RUSSELL**,
Appellant

v.

**CITY OF SAN ANTONIO**, Through its Agent, City Public Service Board of San Antonio d/b/a
CPS Energy,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16913
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The trial court signed a final order on April 24, 2014. Appellant did not file any post-judgment motions. *See, e.g.*, TEX. R. CIV. P. 296, 329b(a), (g). Appellant's notice of appeal was due on May 27, 2014. *See* TEX. R. APP. P. 26.1(a).

If accompanied by a motion for extension of time that complied with Rule 10.5(b), the notice of appeal was due not later than June 9, 2014. *See id.* R. 26.3. The electronic filing date-time stamps show Appellant's motion for extension of time to file the notice of appeal was filed on June 10, 2014, and the notice of appeal was filed on June 11, 2014. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

Therefore, we ORDER Appellant to SHOW CAUSE in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Verburgt*, 959 S.W.2d at 617 ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court